**94–1556.** Luna v. Russell. *Allen County,* No. 1–94–17. On motion to consolidate with 94–1125, *Luna v. Russell,* Allen County, No. 1–94–18. Motion denied.

**94–1570.** State v. Casey. *Cuyahoga County,* No. 65492. On motion for leave to file delayed appeal. Motion denied.

**94–1578.** State v. Dalzell. *Greene County,* No. 94–CA–7. On motion for leave to file delayed appeal. Motion denied.

**94–1623.** State v. Solomon. *Montgomery County,* No. 13160. On motion for leave to file delayed appeal. Motion denied.

**94–1632.** State v. Wade. *Clinton County,* No. CA93–12–043. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS, J., dissents.

**94–1654.** State v. Arnold. *Geauga County,* No. 91–G–1671. On motion for leave to file delayed appeal. Motion denied.

## RECONSIDERATION DOCKET

**92–2563.** Verbanic v. Verbanic. *Trumbull County,* No. 91–T–4521. Reported at 70 Ohio St.3d 41, 635 N.E.2d 1260. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**93–280.** Freeman v. Norfolk & W. Ry. Co. *Erie County,* No. E–90–68. Reported at 69 Ohio St.3d 611, 635 N.E.2d 310. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

RESNICK, J., not participating.

**93–281.** Indus. Risk Insurers v. Lorenz Equip. Co. *Franklin County,* No. 92AP–949. Reported at 69 Ohio St.3d 576, 635 N.E.2d 14. On motion for reconsideration. Motion denied.

**93–294.** Liddell v. SCA Serv. of Ohio, Inc. *Cuyahoga County,* No. 61129. Reported at 70 Ohio St.3d 6, 635 N.E.2d 1233. On motion for reconsideration. Motion denied.

**93–1405.** Mandel v. Limbach. Board of Tax Appeals, No. 90–M–462. Reported at 69 Ohio St.3d 617, 635 N.E.2d 315. On motion for reconsideration. Motion denied.

**94–1408.** Amer Cunningham Brennan Co. v. McNeely. *Summit County,* No. 16361. Reported at 70 Ohio St.3d 1409, 637 N.E.2d 6. On motion for reconsideration and clarification and on motion to vacate and remand to trial court. Motions denied.

## MISCELLANEOUS DISMISSALS

**94–1793.** State ex rel. Wilkins v. Ohio Adult Parole Auth. In Mandamus or Habeas Corpus. This cause originated in this court on the filing of a complaint for a writ of mandamus, or alternatively, a petition for a writ of habeas corpus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective September 1, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.